IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LATRELL ADAMS                                                                                    PLAINTIFF

V.                                                                    CIVIL ACTION NUMBER:  4:04CV181LN

LAUDERDALE COUNTY DETENTION FACILITY                                          DEFENDANT

## JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause comes before the Court on the request <u>ore</u> <u>tenus</u> of the Plaintiff that the action be dismissed with prejudice and final judgment entered.  Being advised and finding that all claims against the Defendants have been resolved through compromise settlement, the Court finds this action should be dismissed.  It is therefore

ORDERED AND ADJUDGED that this case be, and is hereby, dismissed with prejudice. Each party shall bear his/its own costs.

SO ORDERED AND ADJUDGED, this the 28th  day of June, 2006.

/s/ Tom S. Lee
**UNITED STATES DISTRICT JUDGE**

**AGREED**:

/s/Latrell Adams
Latrell Adams, #110376
The Plaintiff, Pro Se'


/s/Lee Thaggard
Lee Thaggard                    (MSB #9442)
Attorney for Defendants